UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-00126-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| JUAN BARRON | |

On motion of the Defendant, Juan Barron, and for good cause shown, it is hereby ORDERED that DE 38 be sealed until further notice by this Court.

IT IS SO ORDERED.

This **30** day of **October**, 2018.

JAMES C. DEVER III
United States District Judge